# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Qwest Government Services, Inc. ) | ASBCA No. 61770 |
| d/b/a CenturyLink QGS ) | |
| ) | |
| Under Contract No. GS00T07NSD0002 ) | |
| T.O. No. NXUQ000043 *et al.* ) | |

APPEARANCE FOR THE APPELLANT:  Rocky J. Galloway, Esq.
Associate General Counsel

APPEARANCES FOR THE GOVERNMENT:  William E. Brazis, Esq.
DISA General Counsel
Vera A. Strebel, Esq.
Trial Attorney
Defense Information Systems Agency
Scott Air Force Base, IL

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: April 1, 2019

RICHARD SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61770, Appeal of Qwest Government Services, Inc. d/b/a CenturyLink QGS, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals